# United States Court of Appeals
### For the Eighth Circuit

_____

No. 22-3537
_____

Matt Nasuti

*Plaintiff - Appellant*

v.

Adrian Holm; Judith Johnson Mekota; Denis McDonough, Secretary of the
Department of Veterans Affairs; United States Department of Veterans Affairs;
Medical Associates Clinic, PC; Does, 1-30

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Southern District of Iowa - Eastern
_____

Submitted: April 28, 2023
Filed: May 4, 2023
[Unpublished]
_____

Before GRUENDER, GRASZ, and KOBES, Circuit Judges.
_____

PER CURIAM.

This appeal follows the district court's[1] dismissal of Matt Nasuti's removed pro se action. Having carefully reviewed the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Montin v. Moore</u>, 846 F.3d 289, 292 (8th Cir. 2017) (de novo review of Rule 12(b) dismissal). We deny Nasuti's appellate request to enjoin the operation of 38 C.F.R. § 17.107.

The judgment is affirmed. <u>See</u> 8th Cir. R. 47B.

_____

---

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.